ACCEPTED
05-13-01653-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/2/2015 10:23:55 AM
LISA MATZ
CLERK

No. 05-13-01653-CV

| | | |
|---|---|---|
| THOMAS ALLEN POWELL d/b/a | § | IN THE FIFTH |
| ARCHITECTURE UNLIMITED, et al. | § | |
| Appellants | § | |
| | § | COURT OF APPEALS |
| v. | § | |
| | § | |
| PENHOLLOW, INC., et al. | § | |
| Appellees | § | DALLAS, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/2/2015 10:23:55 AM
LISA MATZ
Clerk

## APPELLANTS' AGREED MOTION TO RESET ORAL ARGUMENT

Appellants ask the Court to reset oral argument.

### A. INTRODUCTION

1.  Appellants are Thomas Allen Powell d/b/a Architecture Unlimited and J. Keith Webb; Appellees are Penhollow, Inc., John O. Penhollow, and Yvonne L. Penhollow.

2.  This appeal is set for oral argument on February 4, 2015 at 3:00 p.m.

3.  Appellees agree and are unopposed to the relief sought in this motion.

### B.   ARGUMENT & AUTHORITIES

4.  The Court has authority under Texas Rule of Appellate Procedure 10.5(c) to reset oral argument.

5.  Appellants ask the Court to reset oral argument in this case because attorney and party J. Keith Webb cannot attend oral argument on the date presently scheduled for argument.

6. Mr. Webb's mother-in-law, Judith Seba, passed away on January 31, 2015. A memorial service is planned for Wednesday, February 4, 2015. Consequently, Mr. Webb will be unavailable to attend oral argument on that date.

7. Appellant's attorney is a shareholder of The Miller Law Firm. No other attorney in the firm is able to argue this case because no other attorney is familiar with the facts of the case or issues on appeal.

8. Oral argument is necessary for the proper presentation of this case because it will facilitate the Court's understanding of the underlying factual scenario and multitude of legal issues raised on appeal.

9. No motion to reset oral argument has been sought or granted in this case.

10. Appellant's counsel has pre-planned events that will require him to be out of town on March 4 & 5, March 24 – 30, and May 14 & 15, 2015 and would preclude him from attending oral argument on those dates.

## C. CONCLUSION

11. Appellants respectfully request oral argument be reset to a later date to allow Appellant's counsel to attend and present argument.

## D. PRAYER

12. For these reasons, Appellants ask the Court to grant this motion and to reschedule the oral argument in this case to a later date and time.

Respectfully submitted,
The Miller Law Firm


/s/ J. Keith Webb
J. Keith Webb
kwebb@tmlfpc.com
Texas Bar No. 00791892
3811 Turtle Creek Blvd., Suite 1950
Dallas, Texas  75219
(469) 916-2552  Telephone
(469) 916-2555  Fax

Attorney for Appellant
Thomas Allen Powell d/b/a
Architecture Unlimited and
Pro Se


## CERTIFICATE OF CONFERENCE

I certify that I have conferred with D. Ray Murphy, counsel for Appellees, on February 2, 2015 and he has agreed and is unopposed to the foregoing Appellants' Agreed Motion to Reset Oral Argument.


/s/ J. Keith Webb
J. Keith Webb

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Appellants' Agreed Motion to Reset Oral Argument was served on Appellees Penhollow, Inc., John O. Penhollow, and Yvonne L. Penhollow, through counsel of record, D. Ray Murphy, 1700 Redbud Blvd., Suite 300, McKinney, Texas by electronic service on February 2, 2015.


/s/ J. Keith Webb

J. Keith Webb